Case 1:04-cv-10309-DPW   Document 3   Filed 04/15/2004   Page 1 of 2

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                            )
PETER KALTMAN, on Behalf of Himself and All )
Others Similarly Situated,                  )
                                            )
            Plaintiff,                      )
                                            )
    vs.                                     )   Case No.  04-10309-DPW
                                            )
SONUS NETWORKS, INC., RUBEN GRUBER,         )
HASSAN AHMED, and STEPHEN NILL,             )
                                            )
            Defendants.                     )
_____)

## NOTICE OF APPEARANCE

Please enter the appearance of Gregory F. Noonan, Joel B. Kemp, and Daniel Gold, Hale and Dorr LLP, on behalf of Defendant Sonus Networks, Inc.

        Respectfully Submitted,

        SONUS NETWORKS, INC.

        By its attorneys,

        /s/ Gregory F. Noonan_____
        Jeffrey B. Rudman (BBO #433380)
        James W. Prendergast (BBO #553073)
        Daniel W. Halston (BBO #548692)
        Gregory F. Noonan (BBO #651035)
        Hale and Dorr LLP
        60 State Street
        Boston, MA 02109
        (617) 526-6000

Dated: April 15, 2004

CERTIFICATE OF SERVICE

   I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Thomas G. Shapiro | Marian P. Rosner |
| Theodore M. Hess-Mahan | Michael A. Schwartz |
| Shapiro Haber & Urmy LLP | Renee L. Karalian |
| 75 State Street | Wolf Popper LLP |
| Boston, MA 02109 | 845 Third Avenue |
| | New York, NY 10022 |

                    /s/ Gregory F. Noonan_____
                    Gregory F. Noonan

Dated: April 15, 2004