

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH CHIN, Individually and On Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>SONUS NETWORKS, INC., et al., )<br><br>Defendants. ) | Civil Action No. 04-CV-10294-DPW<br><br>CLASS ACTION |
| MICHELLE TREBITSCH, On Behalf of Herself and All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>SONUS NETWORKS, INC., et al., )<br><br>Defendants. ) | Civil Action No. 04-CV-10307-DPW<br><br>CLASS ACTION |

[Caption continued on following page.]

[PROPOSED] ORDER GRANTING GLOBAL UNDERVALUED SECURITIES MASTER FUND'S MOTION TO CONSOLIDATE CASES FOR ALL PURPOSES AND REQUIRING PRESERVATION OF DOCUMENTS

INFORMATION DYNAMICS, LLC, On
Behalf of Itself and All Others Similarly
Situated,

               Plaintiff,

     vs.

SONUS NETWORKS, INC., et al.,

               Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 04-CV-10308-DPW

<u>CLASS ACTION</u>

PETER KALTMAN, On Behalf of Himself
and All Others Similarly Situated,

               Plaintiff,

     vs.

SONUS NETWORKS, INC., et al.,

               Defendants.

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 04-CV-10309-DPW

<u>CLASS ACTION</u>

SAMANTHA DEN, Individually and On
Behalf of All Others Similarly Situated,

               Plaintiff,

     vs.

SONUS NETWORKS, INC., et al.,

               Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 04-CV-10310-DPW

<u>CLASS ACTION</u>

[Caption continued on following page.]

RICHARD CURTIS, Individually and On
Behalf of All Others Similarly Situated,

                Plaintiff,

       vs.

SONUS NETWORKS, INC., et al.,

                Defendants.

Civil Action No. 04-CV-10314-MLW

<u>CLASS ACTION</u>

---

RONALD KASSOVER, On Behalf of the
Ronald Kassover IRA and All Others Similarly
Situated,

                Plaintiff,

       vs.

SONUS NETWORKS, INC., et al.,

                Defendants.

Civil Action No. 04-CV-10329-DPW

<u>CLASS ACTION</u>

---

STEVE L. BAKER, Individually and On
Behalf of All Others Similarly Situated,

                Plaintiff,

       vs.

SONUS NETWORKS, INC., et al.,

                Defendants.

Civil Action No. 04-CV-10333-DPW

<u>CLASS ACTION</u>

[Caption continued on following page.]

MICHAEL KAFFEE, Individually and On
Behalf of All Others Similarly Situated,

                            Plaintiff,

        vs.

SONUS NETWORKS, INC., et al.,

                          Defendants.

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 04-CV-10345-DPW

CLASS ACTION

HAIMING HU, Individually and On Behalf of
All Others Similarly Situated,

                            Plaintiff,

        vs.

SONUS NETWORKS, INC., et al.,

                          Defendants.

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 04-CV-10346-DPW

CLASS ACTION

CHARLES STARBUCK, Individually and On
Behalf of All Others Similarly Situated,

                            Plaintiff,

        vs.

SONUS NETWORKS, INC., et al.,

                          Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 04-CV-10362-DPW

CLASS ACTION

[Caption continued on following page.]

SAMUEL HO, Individually and On Behalf of )    Civil Action No. 04-CV-10363-DPW
All Others Similarly Situated,            )
                                          )    CLASS ACTION
                        Plaintiff,        )
                                          )
        vs.                               )
                                          )
SONUS NETWORKS, INC., et al.,             )
                                          )
                        Defendants.       )
                                          )

JEFFREY C. RODRIGUES, Individually and    )    Civil Action No. 04-CV-10364-DPW
On Behalf of All Others Similarly Situated, )
                                          )    CLASS ACTION
                        Plaintiff,        )
                                          )
        vs.                               )
                                          )
SONUS NETWORKS, INC., et al.,             )
                                          )
                        Defendants.       )
                                          )

ROBERT CONTE and MARK RESPLER,            )    Civil Action No. 04-CV-10382-DPW
Themselves and On Behalf of All Others    )
Similarly Situated,                       )    CLASS ACTION
                                          )
                        Plaintiffs,       )
                                          )
        vs.                               )
                                          )
SONUS NETWORKS, INC., et al.,             )
                                          )
                        Defendants.       )
                                          )

[Caption continued on following page.]

| | | |
|---|---|---|
| WHEATON ELECTRICAL SERVICES RETIREMENT 401K PROFIT SHARING PLAN, On Behalf of Itself and All Others Similarly Situated, | ) ) ) ) | Civil Action No. 04-CV-10383-DPW <u>CLASS ACTION</u> |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| SONUS NETWORKS, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |
| BRIAN CLARK, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 04-CV-10454-DPW <u>CLASS ACTION</u> |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | |
| SONUS NETWORKS, INC., et al., | ) ) | |
| Defendants. | ) ) | |
| SHEILA BROWNELL, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 04-CV-10597-DPW <u>CLASS ACTION</u> |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | |
| SONUS NETWORKS, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

[Caption continued on following page.]

SAVERIO PUGLIESE, On Behalf of Himself )    Civil Action No. 04-CV-10612-DPW
and All Others Similarly Situated,                      )
                                                                          )    CLASS ACTION
                                          Plaintiff,              )
                                                                          )
              vs.                                                    )
                                                                          )
SONUS NETWORKS, INC., et al.,                  )
                                                                          )
                                          Defendants.          )
                                                                          )
─────────────────────────────────── )
DAVID V. NOCITO, On Behalf of Himself  )    Civil Action No. 04-CV-10623-DPW
and All Others Similarly Situated,                      )
                                                                          )    CLASS ACTION
                                          Plaintiff,              )
              vs.                                                    )
                                                                          )
SONUS NETWORKS, INC., et al.,                  )
                                                                          )
                                          Defendants.          )
                                                                          )
─────────────────────────────────── )

Having considered Global Undervalued Securities Master Fund's motion to consolidate the actions listed below and good cause appearing therefore, IT IS HEREBY ORDERED that:

1.    The Motion to Consolidate Cases for All Purposes is GRANTED;

2.    The following actions are hereby consolidated for all purposes, including pretrial proceedings, trial and appeal, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| Chin v. Sonus Networks, Inc., et al. | 04-CV-10294-DPW | February 12, 2004 |
| Trebitsch v. Sonus Networks, Inc., et al. | 04-CV-10307-DPW | February 13, 2004 |
| Information Dynamics, LLC v. Sonus Networks, Inc., et al. | 04-CV-10308-DPW | February 13, 2004 |
| Kaltman v. Sonus Networks, Inc., et al. | 04-CV-10309-DPW | February 13, 2004 |
| Den v. Sonus Networks, Inc., et al. | 04-CV-10310-DPW | February 13, 2004 |
| Curtis v. Sonus Networks, Inc., et al. | 04-CV-10314-MLW | February 13, 2004 |
| Kassover v. Sonus Networks, Inc., et al. | 04-CV-10329-DPW | February 17, 2004 |
| Baker v. Sonus Networks, Inc., et al. | 04-CV-10333-DPW | February 18, 2004 |
| Kaffee v. Sonus Networks, Inc., et al. | 04-CV-10345-DPW | February 20, 2004 |
| Hu v. Sonus Networks, Inc., et al. | 04-CV-10346-DPW | February 20, 2004 |
| Starbuck v. Sonus Networks, Inc., et al. | 04-CV-10362-DPW | February 23, 2004 |
| Ho v. Sonus Networks, Inc., et al. | 04-CV-10363-DPW | February 23, 2004 |
| Rodrigues v. Sonus Networks, Inc., et al. | 04-CV-10364-DPW | February 23, 2004 |
| Conte, et al. v. Sonus Networks, Inc., et al. | 04-CV-10382-DPW | February 26, 2004 |
| Wheaton Electrical Servs. Ret. 401K Profit Sharing Plan v. Sonus Networks, Inc., et al. | 04-CV-10383-DPW | February 26, 2004 |
| Clark v. Sonus Networks, Inc., et al | 04-CV-10454-DPW | March 3, 2004 |
| Brownell v. Sonus Networks, Inc., et al. | 04-CV-10597-DPW | March 31, 2004 |
| Pugliese v. Sonus Networks, Inc., et al. | 04-CV-10612-DPW | March 30, 2004 |
| Nocito v. Sonus Networks, Inc., et al. | 04-CV-10623-DPW | March 31, 2004 |

3.    The caption of these consolidated actions shall be "In re Sonus Networks, Inc. Securities Litigation," and the files of these consolidated actions shall be maintained in one file under Master File No. 04-10294-DPW. Any other actions now pending or later filed or transferred into this District that arise out of or are related to the same facts as alleged in the above-identified cases shall be consolidated for all purposes if and when they are brought to the Court's attention.

4.    Every pleading filed in the consolidated actions, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re SONUS NETWORKS, INC. | ) | Master File No. 04-CV-10294-DPW |
| | ) | |
| SECURITIES LITIGATION | ) | |
| | ) | |
| | ) | |
| This Document Relates to: | ) | |
| | ) | |

5.    When a pleading is intended to be applicable to all actions governed by this Order, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above. When a pleading is intended to be applicable to some, but not all, of the consolidated actions, this Court's docket number for each individual action to which the pleading is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption set out above (*e.g.*, "04-CV-10294-DPW").

6.    A Master Docket and a Master File are hereby established for the above consolidated proceedings and for all other related cases filed in or transferred to this Court. Separate dockets shall continue to be maintained for each of the individual actions hereby consolidated, and entries shall be

- 2 -

made in the docket of each individual case in accordance with the regular procedures of the clerk of this Court, except as modified by this Order.

7.    When a pleading is filed and the caption shows that it is applicable to "All Actions," the clerk shall file such pleading in the Master File and note such filing on the Master Docket. No further copies need be filed, and no other docket entries need be made.

8.    When a pleading is filed and the caption shows that it is to apply to fewer than all of the consolidated actions, the clerk will file such pleading in the Master File only, but shall docket such filing on the Master Docket and the docket of each applicable action.

9.    When a case that properly belongs as a part of "In re Sonus Networks, Inc. Securities Litigation" is filed in this Court or transferred to this Court from another court and assigned to Judge Woodlock, the clerk of this Court shall:

(a)    Place a copy of this Order in the separate file for such action;

(b)    Mail to the attorneys for the plaintiffs in the newly filed or transferred case a copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) or their counsel in the newly filed or transferred case; and

(c)    Make an appropriate entry on the Master Docket. This Court requests the assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any case that properly might be consolidated as part of "In re Sonus Networks, Inc. Securities Litigation."

10.    After the Court has designated a lead plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B), the lead plaintiff shall designate a law firm or firms to serve as lead plaintiff's counsel, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v). Lead plaintiff's counsel shall have authority to speak for and enter into agreements on behalf of plaintiffs in all matters regarding pretrial procedures, discovery and

- 3 -

settlement negotiations. Lead plaintiff's counsel shall manage the prosecution of this litigation to avoid duplicative or unproductive activities. Lead plaintiff's counsel shall be responsible for coordination of all activities and appearances on behalf of plaintiffs and for dissemination of notices and orders. Lead plaintiff's counsel shall be responsible for communications with the Court.

11.     Defendants' counsel may rely upon agreements made with lead plaintiff's counsel. Such agreements shall be binding on all plaintiffs.

12.     Counsel for the parties shall notify their clients of their document preservation obligations pursuant to the federal securities laws.

13.     Pursuant to 15 U.S.C. §78u-4(b)(3)(C), the parties shall "treat all documents, data compilations (including electronically recorded or stored data), and tangible objects that are in the custody or control of such person and that are relevant to the allegations, as if they were the subject of a continuing request for production of documents from an opposing party under the Federal Rules of Civil Procedure." The term "document" shall be interpreted consistently with the terms "document" and "writing" as used in the Federal Rules of Civil Procedure and Federal Rules of Evidence.

14.     Defendants are not required to respond to the complaint in any action consolidated into this action, other than a consolidated complaint or a complaint designated as the operative complaint.

15.     Lead plaintiff shall file a consolidated complaint within 60 days after the filing of the Order designating the lead plaintiff, unless otherwise agreed upon by the parties. The consolidated complaint shall be the operative complaint and shall supersede all complaints filed in any of the actions consolidated herein.

16.    Defendants shall respond to the consolidated complaint within 45 days after service. If defendants file any motions directed at the consolidated complaint, the opposition brief shall be filed within 45 days of filing that motion and the reply brief shall be filed within 21 days of the filing of the opposition brief, unless otherwise agreed upon by the parties.

IT IS SO ORDERED.

_____
HONORABLE DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT COURT JUDGE

S:\CasesSD\Sonus Networks CA\ORD00008495.doc

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1.       That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 401 B Street, Suite 1700, San Diego, California 92101.

2.       That on April 12, 2004, declarant served the [PROPOSED] ORDER GRANTING GLOBAL UNDERVALUED SECURITIES MASTER FUND'S MOTION TO CONSOLIDATE CASES FOR ALL PURPOSES AND REQUIRING PRESERVATION OF DOCUMENTS by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3.       That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 12th day of April, 2004, at San Diego, California.

_____
SHARON E. FORD

- 1 -

SONUS NETWORKS-CA

Service List - 4/6/2004    (04-0069)

Page 1 of 5

## Counsel For Defendant(s)

John R. Baraniak, Jr.
Robert S. Frank, Jr.
Choate, Hall & Stewart
53 State Street, Exchange Place
Boston, MA  02109-2891
  617/248-5000
  617/248-4000 (Fax)

James W. Prendergast
Jeffrey B. Rudman
Daniel W. Halston
Hale And Dorr
60 State Street
Boston, MA  02109
  617/526-6000
  617/526-5000 (Fax)

Thomas J. Dougherty
Matthew J. Matule
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, MA  02108
  617/573-4800
  617/573-4822 (Fax)

## Counsel For Plaintiff(s)

Jeffrey C. Block
Michael T. Matraia
Shannon L. Hopkins
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA  02109
  617/542-8300
  617/542-1194 (Fax)

Evan J. Smith
Brodsky & Smith, LLC
333 E. City Avenue, Suite 602
Bala Cynwyd, PA  19004
  610/667-6200
  610/667-9029 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Cauley Geller Bowman & Rudman, LLP
200 Broadhollow Road, Suite 406
Melville, NY  11747
  631/367-7100
  631/367-1173 (Fax)

Steven J. Toll
Daniel S. Sommers
Julie  Goldsmith
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Ave., N.W., Suite 500
Washington, DC  20005-3964
  202/408-4600
  202/408-4699 (Fax)

SONUS NETWORKS-CA

Service List - 4/6/2004    (04-0069)

Page 2 of 5

Jonathan M. Plasse
Goodkind Labaton Rudoff & Sucharow, LLP
100 Park Avenue, 12th Floor
New York, NY  10017-5563
  212/907-0700
  212/818-0477 (Fax)

Brian M. Felgoise
Law Offices of Brian M. Felgoise
261 Old York Road, Suite 423
Jenkintown, PA  19046
  215/886-1900

Bruce G. Murphy
Law Offices of Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL  32963
  772/231-4202
  772/234-0440 (Fax)

Charles J. Piven
Law Offices of Charles J. Piven, P.A.
The World Trade Center
401 East Pratt Street, Suite 2525
Baltimore, MD  21202
  410/332-0030
  410/685-1300 (Fax)

Marc S. Henzel
Law Offices of Marc S. Henzel
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA  19004
  610/660-8000
  610/660-8080 (Fax)

Richard J. Vita
Law Offices of Richard J. Vita
77 Franklin Street, Suite 300
Boston, MA  02110
  617/426-6566
  617/357-1612 (Fax)

Richard A. Lockridge
Karen H. Riebel
Lockridge Grindal Nauen, P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401
  612/339-6900
  612/339-0981 (Fax)

Steven G. Schulman
Richard H. Weiss
Peter E. Seidman
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
New York, NY  10119
  212/594-5300
  212/868-1229 (Fax)

SONUS NETWORKS-CA

Service List - 4/6/2004    (04-0069)

Page 3 of 5

William S. Lerach
Travis E. Downs III
Thomas E Glynn
Milberg Weiss Bershad Hynes & Lerach LLP
401 B Street, Suite 1700
San Diego, CA  92101-4297
   619/231-1058
   619/231-7423 (Fax)

Nancy Freeman Gans
Moulton & Gans, P.C.
33 Broad Street, Suite 1100
Boston, MA  02109
   617/369-7979
   617/369-7980 (Fax)

Eric J. Belfi
Murray Frank & Sailer, LLP
275 Madison Avenue, Suite 801
New York, NY  10016
   212/682-1818
   212/682-1892 (Fax)

Laurence D. Paskowitz
Paskowitz & Associates
271 Madison Avenue, 20th Floor
New York, NY  10016
   212/685-0969
   212/685-2306 (Fax)

Marc I. Gross
Joseph  Gentile
Pomerantz Haudek Block Grossman & Gross
LLP
100 Park Avenue, 26th Floor
New York, NY  10017-5516
   212/661-1100
   212/661-8665 (Fax)

M. Clay Ragsdale IV
Ragsdale & Frese LLC
1929 Third Avenue North
550 Farley Building
Birmingham, AL  35253-0924
   205/251-4775
   205/251-4777 (Fax)

Roy L. Jacobs
Roy L. Jacobs Attorney At Law
60 East 42nd Street, 46th Floor
New York, NY  10165
   212/867-1156
   212/504-8343 (Fax)

Andrew M. Schatz
Jeffrey S. Nobel
Nancy A. Kulesa
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT  06103
   860/493-6292
   860/493-6290 (Fax)

SONUS NETWORKS-CA

Service List - 4/6/2004    (04-0069)

Page 4 of 5

Marc A. Topaz
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA  19004
  610/667-7706
  610/667-7056 (Fax)

Samuel P. Sporn
Christopher  Lometti
Frank R. Schirripa
Schoengold & Sporn, P.C.
19 Fulton Street, Suite 406
New York, NY  10038
  212/964-0046
  212/267-8137 (Fax)

Ralph M. Stone
Shalov Stone & Bonner LLP
485 Seventh Avenue, Suite 1000
New York, NY  10018
  212/239-4340
  212/239-4310 (Fax)

Thomas G. Shapiro
Theodore M. Hess-Mahan
Shapiro Haber & Urmy, LLP
75 State Street
Boston, MA  02109
  617/439-3939
  617/439-0134 (Fax)

Jules  Brody
Stull, Stull & Brody
6 East 45th Street, 4th Floor
New York, NY  10017
  212/687-7230
  212/490-2022 (Fax)

Robert I. Harwood
Samuel K. Rosen
Wechsler Harwood LLP
488 Madison Avenue, 8th Floor
New York, NY  10022
  212/935-7400
  212/753-3630 (Fax)

Joseph H. Weiss
Jack I. Zwick
Weiss & Yourman
551 Fifth Avenue, Suite 1600
New York, NY  10176
  212/682-3025
  212/682-3010 (Fax)

Marian P. Rosner
Michael A. Schwartz
Renee L. Karalian
Wolf Popper LLP
845 Third Avenue
New York, NY  10022
  212/759-4600
  212/486-2093 (Fax)

SONUS NETWORKS-CA

Service List - 4/6/2004    (04-0069)

Page 5 of 5

Eduard  Korsinsky
Zimmerman, Levi & Korsinsky, LLP
39 Broadway, Suite 1440
New York, NY  10006
   212/363-7500
   212/363-7171 (Fax)

Richard A. Speirs
Shaye  Fuchs
Zwerling, Schachter & Zwerling, LLP
767 Third Avenue
New York, NY  10017-2023
   212/223-3900
   212/371-5969 (Fax)