UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

PETER KALTMAN, on behalf of himself and all )
Others similarly situated,                  )
                                            )
                    Plaintiff,              )   Civil Action No. 04CV10309 DPW
                                            )
            vs.                             )
                                            )
SONUS NETWORKS, INC., RUBIN                 )
GRUBER, HASSAN AHMEN, and STEPHEN           )
NILL,                                       )
                                            )
                    Defendants.             )
                                            )

---

## ENTRY OF APPEARANCE

The undersigned, Mary Patricia Cormier, hereby enters her appearance as counsel for the Defendant, Rubin Gruber, in the above-captioned action.

By their attorneys

_____
Mary Patricia Cormier (B.B.O. No. 635756)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
Tel. 617-439-4444
Fax. 617-439-4170

## CERTIFICATE OF SERVICE

I, Mary Patricia Cormier, certify that on 13th day of May, 2004, I caused a copy of the foregoing document to be served via first-class mail postage pre-paid upon Plaintiff's counsel, Paul Warner, Reich & Binstock, LLP, 4265 San Felipe, Suite 1000, Houston, Texas 77027.

Mary Patricia Cormier

BOS_444962_1/MCORMIER