UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
PETER KALTMAN, on Behalf of Himself and All )
Others Similarly Situated,                  )
                                            )
              Plaintiff,                   )
                                            )
    vs.                                     )  Case No. 04-10309-DPW
                                            )
SONUS NETWORKS, INC., RUBEN GRUBER,         )
HASSAN AHMED, and STEPHEN NILL,             )
                                            )
              Defendants.                  )
_____)

## NOTICE OF CHANGE OF FIRM NAME

Effective May 31, 2004, Hale and Dorr LLP merged with Wilmer Cutler Pickering LLP. The new firm's name is Wilmer Cutler Pickering Hale and Dorr LLP. All future reference to Hale and Dorr LLP in this matter should be to Wilmer Cutler Pickering Hale and Dorr LLP. The firm and its lawyers' address, telephone numbers and fax numbers remain the same. The format of our lawyers' email addresses has changed to firstname.lastname@wilmerhale.com.

- 2 -

        Respectfully Submitted,

        WILMER CUTLER PICKERING HALE and DORR LLP

        /s/_Gregory F. Noonan_____
        Jeffrey B. Rudman (BBO #433380)
        James W. Prendergast (BBO #553073)
        Daniel W. Halston (BBO #548692)
        Gregory F. Noonan (BBO #651035)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, MA 02109
        (617) 526-6000

        *Attorneys for Defendant Sonus Networks, Inc.*

Dated: June 1, 2004

## CERTIFICATE OF SERVICE

I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Thomas G. Shapiro<br>Theodore M. Hess-Mahan<br>Shapiro Haber & Urmy LLP<br>75 State Street<br>Boston, MA 02109 | Marian P. Rosner<br>Michael A. Schwartz<br>Renee L. Karalian<br>Wolf Popper LLP<br>845 Third Avenue<br>New York, NY 10022 |
| Thomas J. Dougherty (BBO #132300)<br>Matthew J. Matule (BBO #632075)<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Beacon Street<br>Boston, Massachusetts 02108<br>Tel:  (617) 573-4800<br>Fax: (617) 573-4822<br>John D. Hughes (BBO #243660)<br>Edwards & Angell LLP<br>101 Federal Street<br>Boston, Massachusetts 02110<br>Tel:  (617) 439-4444<br>Fax: (617) 439-4170 | Robert S. Frank, Jr. (BBO #177240)<br>John R. Baraniak, Jr. (BBO #552259)<br>Choate Hall & Stewart<br>Exchange Place Building<br>53 State Street<br>Boston, Massachusetts 02109<br>Tel:   (617) 248-5000<br>Fax:  (617) 248-4000 |

        /s/ Gregory F. Noonan_____
        Gregory F. Noonan

Dated:  June 1, 2004